IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROSE A MORA,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.

**8:23CV522**

**ORDER ON STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the Stipulation for Dismissal with Prejudice, signed by both parties. Filing 8. The parties state that this case has settled and that they stipulate to dismissal with prejudice, with each party to bear its own costs and with complete record waived. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 8, is granted. This case is dismissed with prejudice, with each party to bear its own costs and with complete record waived.

Dated this 29th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1